**MODERN, INC., a Florida corporation, First Omni Service Corp., a Florida corporation, Plaintiffs–Appellants,**

v.

**State of FLORIDA, United States of America, Department of Transportation, Defendants–Appellees,**

**St. Johns River Water Management District, Defendant–Third–Party–Plaintiff–Appellee,**

v.

**Brevard County, et al., Third–Party–Defendants.**

No. 08–11799.

United States Court of Appeals, Eleventh Circuit.

Jan. 21, 2009.

Ethan J. Loeb, David Smolker, Bricklemyer Smolker, Tampa, FL, for Plaintiffs–Appellants.

Gregory G. Costas, Florida Department of Transportation, Tallahassee, FL, Samuel D. Armstrong, Orlando, FL, Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Defendants–Appellees.

William H. Congdon, St. Johns River Water Management District, Palatka, FL, Defendant–Third–Party–Plaintiff–Appellee.

Before HULL, WILSON and HILL, Circuit Judges.

PER CURIAM:

After review and oral argument, we conclude that Appellants Modern, Inc. and First Omni Service Corp. have not shown reversible error in the district court's January 28, 2008 order, 2008 WL 239148, which was entered after a three-week bench trial and which grants final judgment in favor of the Appellees.

**AFFIRMED.**